UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISINA

UNITED STATES OF AMERICA

VERSUS                                              CRIMINAL NUMBER: 06-CR-19-RET-DLD

DERRICK A. THOMAS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**O R D E R**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONSIDERING THE FOREGOING Motion to Amend Judgment in a Criminal Case and the court having found:

1. That the defendant would benefit from participation in a substance abuse treatment program;

2. That the defendant has expressed a desire to complete a substance abuse program in order to further his rehabilitation.

IT IS HEREBY ORDERED that the Judgment rendered in the captioned matter on the 18th day of January, 2007 be and is hereby amended to recommend that the defendant, DERRICK A. THOMAS be placed into a facility where he can receive substance abuse counseling and treatment.

Baton Rouge, Louisiana this 25th day of June, 2007.

_____
HONORABLE RALPH E. TYSON
JUDGE, MIDDLE DISTRICT OF LOUISIANA